# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

Case No. 5D2026-0755
LT Case No. 2024-DP-19

M.C., Father of R.N.C., Minor
Child,

      Appellant,

      v.

DEPARTMENT of CHILDREN and
FAMILIES,

      Appellee.

On appeal from the Circuit Court for Seminole County.
John D. Galluzzo, Judge.

Heather Morcroft, Winter Park, for Appellant.

Kelley Schaeffer, of Children's Legal Services, Department
of Children and Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Guardian ad Litem, Tallahassee, and Jazlyn Figueroa, of
Guardian ad Litem, Orlando, for Guardian ad Litem Program.

June 22, 2026

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---